AO91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA
V.
Samuel C. Wolford
5226 Fall Water Court
Columbus, Ohio 43220
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: **2 : 10 mj 893**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 22, 2010 in Franklin county, in the Southern District of Ohio defendant(s) did, (Track Statutory Language of Offense)

Receipt of child pornography which traveled in interstate commerce.

in violation of Title 18 United States Code, Section(s) 2252 (a)(2).

I further state that I am a(n) Det. Marcus Penwell and that this complaint is based on the following facts:
　　　　　　　　　　　　　　　Official Title

See attached affidavit attached hereto and incorporated herein.

Continued on the attached sheet and made a part hereof:　x　Yes　☐　No

　　　　　　　　　　　　　　　　　　　　　　　　　Dt. TFO
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Complainant

Sworn to before me and subscribed in my presence,

12/29/10　　　　　　　　　　　　　at　　Columbus, Ohio
Date　　　　　　　　　　　　　　　　　　　City and State

Terence P. Kemp - U.S. Magistrate Judge
Name and Title of Judicial Officer　　　　　Signature of Judicial Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, EASTERN DIVISION OF OHIO

In the Matter of the Search of the Criminal Complaint:

United States of America
V.
Samuel Wolford
5226 Fall Water Court
Columbus, OH 43220

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Task Force Officer (TFO) Marcus Penwell, being first duly sworn, hereby depose and state as follows:

1. I, ICE/HSI TFO Marcus Penwell (your affiant), assigned to the ICE/HIS Franklin County Internet Crimes Against Children Task Force in Columbus, Ohio, make this affidavit in support of a criminal complaint to arrest Samuel Wolford for violation of Title 18 United States Code (USC) Sections (§) 2252(a)(2) – Receipt of Child Pornography. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Samuel Wolford committed the violations listed above.

2. Your affiant, Detective Marcus Penwell, has been employed with the Franklin County Sheriff's Office since September of 2003. Since July of 2008, the affiant has been assigned to the Special Investigations Unit ICAC Task Force as a detective, conducting online child enticement and child pornography investigations. The affiant has received specialized training in the area of internet crimes against children and child pornography investigations. The affiant has been involved in over one hundred and fifty investigations involving internet crimes against children, resulting in numerous felony arrests and convictions. Your affiant was recently trained and cross designated as a ICE/HIS Task Force Officer. Your affiant is responsible for enforcing federal criminal statutes involving, but not limited to, receipt and possession of child pornography, pursuant to Title 18 USC § 2252.

3. While employed as a Task Force Agent, your affiant has conducted and participated in numerous investigations of criminal activity, including, but not limited to, child sexual exploitation and child pornography violations. During the investigation of these cases, your affiant has executed, or participated in the execution of, numerous warrants related to these violations.

4. On December 9, 2010, at approximately 2:00 pm, Detective Marcus Penwell, who is a member of the Franklin County Internet Crimes Against Children (ICAC) Task Force, was conducting an undercover peer-to-peer file-sharing investigation, browsing and downloading

suspected child pornography files belonging to peer-to-peer file-sharing program users throughout Franklin County, Ohio.

5. While using a peer-to-peer program, Detective Penwell established a direct connection with a computer that was assigned the IP address 76.181.253.51 and was able to view a file list directly associated with the IP address. The file list contained approximately 75 files which, due to their titles, were suspected of containing child pornography. For example, three of those filenames were: Bibcam Gay - Kdv 02 Preteen - 2 Young Boys 14 y.o. and 10 y.o. Playing (Pthc Kiddy Pedo Directed in Various Acts) (16m31s).mpg kiddy BJ- 142 Pthc Ultra Hussyfan 9 Yo Preteen Little Lolita R@Ygold Incest Kiddy Mafiasex (74).mpg taboo-Pedo (Pthc) - 2 8Yo Mexicans Preteens With Male (Hussyfan) (r@ygold) (babyshivid) - music, sound.mpg. Detective Penwell is aware from numerous previous investigations that files containing terms such as "Preteen" "pthc" and "underage" commonly depict child pornography.

6. On December 20, 2010, while again conducting an undercover peer-to-peer file-sharing investigation, Detective Penwell once again established a direct connection with a computer that was assigned the IP address 76.181.253.51 and observed the user was sharing approximately 120 files of suspected child pornography. One of the files observed was titled, "ANNI 10 Hussyfan) (Pthc)...." This file had a SHA value listed as 6QEMEGDEQKDQ3KKUCTE@EQDNMKMC77N4. The SHA value is a unique identifier to the file. Detective Penwell was not able to download this file at this time from IP address 76.181.253.51, however Detective Penwell was able to view this file from a law enforcement database library and the file did show a prepubescent girl performing oral sex on an adult male. Detective Penwell knows this video file to be in fact child pornography as it is part of a child series with the victim positively identified by the National Center for Missing and Exploited Children.

7. Detective Penwell determined the IP address was issued by the Internet Service Provider (ISP) Time Warner. Detective Penwell sent a subpoena to the ISP requesting subscriber for the IP address, and Time Warner responded that the IP address was assigned to Ian Methven 5226 Fall Water Court, Columbus (Franklin County), Ohio 43220 (Southern District of Ohio).

8. On December 22, 2010, a search warrant was executed on the residence located at 5226 Fall Water Court, Ohio. Diana Humphrey-Collins, was the responsible party for the residence, and allowed Detectives into the residence. Detective Penwell informed her of the search warrant and Ms. Collins stated her grandson, Samuel Wolford resided in the residence. Ms. Collins led investigators to the two laptop computers that she owns but that only Samuel had been using for last few months. Ms. Collins stated that Samuel had left but was coming back to the apartment in a short time.

9. As Detectives waited for Samuel to return, the two computers were forensically previewed using Encase software by TFO John Priest. TFO Priest located the peer to peer file sharing program Frostwire on both computers as well as well as three other file sharing programs. These programs were found under the user name "Sam." Child pornography videos were found in the "saved," folder of the Frostwire program. One of the videos found was titled, " Porn-Best Vicky BJ & handjob with sound (r2ygold pedo reelkiddymov underage illegal Lolita daughter incest xxx oral handjob).mpg. This video was viewed by Detective Penwell and was shown to be a previously identified series of child pornography involving a prepubescent female performing oral sex on an adult male.

10. Samuel Wolford returned to the residence and Detective Penwell read Samuel a Miranda rights waiver. Samuel stated that he understood his rights and was willing to speak with Detective Penwell. Samuel admitted that he had seen images and videos of children as young as "8 or 9," engaged in sexual acts with other children and adults. Samuel admitted to knowing how peer to peer file sharing works, stating that he was downloading from other people and that he knew that he was sharing files with other people as well. Samuel stated that he would preview the files so he knew what the contents were and then he would let the file continue to download to completion within the folder structure of the file sharing program. Samuel stated that he was the one who downloaded and used the file sharing programs on the computers, and that he was attracted to children around 8 to 9 years of age. Samuel further stated that his user name is "Sam," and that it is password protected and that he is the only one who knows the password. Samuel stated that he has seen the term "PTHC," and he admitted to knowing that he stands for "Pre-Teen Hardcore." Samuel admitted that he uses both laptops, that his user name on each computer is "Sam," that he installed the file sharing programs on both computers, and that child pornography would be found on both computers.

11. Based upon the above information, your affiant believes there is probable cause to believe Samuel Wolford is responsible for the receipt of child pornography. Therefore, your affiant respectfully requests this court issue an arrest warrant.

Marcus Penwell,
Task Force Officer
Homeland Security Investigations

Sworn to and subscribed before me this 29th day of December, 2010.

Terence P. Kemp
United States Magistrate Judge
United States District Court
Southern District of Ohio